

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2019

No. 04-19-00126-CV

**J. A. G.,**
Appellant

v.

**A. G. E.,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLG002494-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Sitting:      Luz Elena D. Chapa, Justice
               Iren Rios, Justice
               Beth Watkins, Justice

Appellant has filed his brief. Attached to the appellant's brief is an appendix that includes the names of the parties and other sensitive data. Inclusion of the unredacted appendix violates our June 7, 2019 order and Rule 9.9 of the Texas Rules of Appellate Procedure. We therefore **strike** the brief and appendix and **order** appellant to refile it within three days of the date of this order with all sensitive data in the appendix redacted in accordance with Rule 9.9(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court